THE MAYOR, ETC., OF AMERICUS *vs.* ALEXANDER.

[WARNER, Chief Justice, being engaged in presiding over the senate organized as a court of impeachment, did not sit in this case.]

1. Where a contractor who had engaged for a year to work the streets of a city "according to plans, specifications and stipulations of an ordinance of council," was discharged before the year expired, and afterwards brought suit against the city for damages resulting from such discharge, evidence was admissible in his behalf, on the trial of the action, tending to show that he worked the streets in a proper manner.

2. It does not appear that the finding of the jury was contrary to the law or evidence, or that the amount of the verdict was excessive, except as to the sum written off in conformity to the ruling of the presiding judge on the motion for a new trial.

BLECKLEY, Justice.

---

THE ATLANTA & WEST POINT RAILROAD COMPANY *vs.* JOHNSON.

To charge upon a question not warranted by the testimony was error.

WARNER, Chief Justice.